■ ESTELLE WEXLER, Respondent, v. CHASE MANHATTAN BANK, Appellant. — Determination of the Appellate Term unanimously affirmed, with costs to plaintiff-respondent. Concur — Valente, Stevens and Eager, JJ.; Breitel, J. P., and Rabin, J., concur in the result in the following memorandum by Breitel, J. P.: I concur in the result on the authority of the rationale expressed in *American Defense Soc.* v. *Sherman Nat. Bank* (225 N. Y. 506). Otherwise I would have, as a novel proposition, voted to reverse and deny summary judgment to plaintiff and thus follow the provision in the Uniform Commercial Code (§ 4–403).

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS FRIEDBERG, Appellant, v. HENRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan, Respondent.— Order entered on June 11, 1959, dismissing the writ of habeas corpus obtained by the relator herein and remanding relator to custody, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Arbitration between IRA STROUD, Respondent, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order entered on January 23, 1961, denying appellant's motion to stay arbitration and vacate the demand for arbitration, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ. [26 Misc 2d 960.]

■ In the Matter of ELEANOR K. FRIEDE et al., Respondents, and ADELE GELLER, Intervenor-Appellant, v. MAX H. FOLEY et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, and 39 WEST 12TH STREET CORP., Intervenor-Respondent.— Order entered on January 4, 1961, denying petitioner's application to intervene in the proceedings herein and dismissing her petition for intervention, unanimously affirmed, in the exercise of discretion, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.